**08 C 1053**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**

In the Matter of                                              Case Number:

Trustees of the Chicago Regional Council of Carpenters pension
Fund et al. v. Melissa's Precision  Trade Show Services, Inc.

**FEBRUARY 20, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**LCW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE NOLAN**

| NAME (Type or print) |
| --- |
| Raymond J. Sanguinetti |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/  Raymond J. Sanguinetti |

| FIRM |
| --- |
| Whitfield, McGann & Ketterman |

| STREET ADDRESS |
| --- |
| 111 E. Wacker Drive, Suite 2600 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
| --- | --- |
| 6244798 | (312) 251-9700 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐