IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) ) | CASE NO. 08 C 1053 |
| Plaintiffs, | ) ) | Judge Holderman |
| vs. | ) ) | Magistrate Judge Nolan |
| MELISSA'S PRECISION TRADE SHOW SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

To:   Melissa's Precision Trade Show Services, Inc.
      c/o Melissa Martini, R.A.
      21346 Sage Brush Lane
      Mokena, IL  60448

Plaintiffs, the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., by and through their attorney, RAYMOND J. SANGUINETTI, of the law firm, Whitfield, McGann & Ketterman, hereby move this court to dismiss the instant action against Defendant, Melissa's Precision Trade Show Services, Inc., without prejudice pursuant to Federal Rule 41(a)(1)(i).

Respectfully submitted,

By:  /s/ Raymond J. Sanguinetti

Raymond J. Sanguinetti
Attorney for Plaintiffs
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700
Fax 312/251-9701

## **CERTIFICATE OF SERVICE**

     I, Raymond J. Sanguinetti, an attorney licensed in the State of Illinois, certify that a copy of the foregoing NOTICE OF DISMISSAL, was served by depositing in the U.S. Mail at 111 East Wacker Drive, Chicago, Illinois, a true and correct copy thereof in a sealed envelope, first class postage prepaid and addressed to the person(s) to whom the Notice is directed, on the 27th day of February, 2008.

                                              /s/ Raymond J. Sanguinetti